NORMAN KABATZNICK *v.* JOAN S. KABATZNICK

The plaintiff's motion to dismiss the appeal from the Superior Court in Middlesex County is denied.

*Irwin D. Mittelman,* for the appellee (plaintiff).

*Alan R. Baker,* for the appellant (defendant).

Argued May 3—decided May 3, 1977

MANCHESTER ENVIRONMENTAL COALITION ET AL. *v.*
PLANNING AND ZONING COMMISSION OF THE
TOWN OF MANCHESTER ET AL.

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in Hartford County is denied.

*Anthony F. Pagano* and *Bruce S. Beck,* in support of the petition.

*Rolland Castleman* and *Jules A. Karp,* in opposition.

Submitted April 27—decided May 5, 1977

The plaintiffs' motion to strike section IV E of the defendants' brief in the petition for certification from the Court of Common Pleas in Hartford County is denied.

*Anthony F. Pagano* and *Bruce S. Beck,* in support of the motion.

Submitted May 4—decided May 5, 1977

F. FRANCIS D'ADDARIO *v.* ZONING BOARD OF APPEALS
OF THE TOWN OF TRUMBULL

The plaintiff's petition for certification for appeal from the Court of Common Pleas in Fairfield County is denied.

*Robert A. Slavitt,* in support of the petition.

*Burton S. Yaffie,* in opposition.

Submitted March 17—decided May 6, 1977